DFC km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____ **00-6278**

8 USC 1326(a),(b)(2)

UNITED STATES OF AMERICA,    )

**CR-MIDDLEBROOKS**

                             )

**MAGISTRATE**

vs.                          )

**BANDSTRA**

                             )

ENRIQUE BALENTE VARGAS-NUNEZ )
            Defendant.       )
_____)

## INDICTMENT

The Grand Jury charges that:

On or about August 9, 2000, at Broward County, in the Southern District of Florida, the

defendant,

### ENRIQUE BALENTE VARGAS-NUNEZ,

an alien, having been previously deported from the United States to Mexico on or about June 8,

1996, after having been convicted of an aggravated felony, unlawfully was found in the United

States, having not obtained the consent of the Attorney General of the United States for

reapplication by the defendant for admission into the United States; in violation of Title 8, United

States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY\*** |

ENRIQUE BALENTE VARGAS-NUNEZ          **Superseding Case Information**:

**Court Division**: (Select One)

___ Miami  ___ Key West
_X_ FTL  ___ WPB ___ FTP

New Defendant(s)          Yes ___    No ___
Number of New Defendants  _____
Total number of counts    _____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:          (Yes or No) _YES_
    List language and/or dialect    _SPANISH_

4.  This case will take _1 1/2_ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                      (Check only one)

| | | | |
|---|---|---|---|
| I    0 to 5 days | _X_ | Petty | ___ |
| II   6 to 10 days | ___ | Minor | ___ |
| III  11 to 20 days | ___ | Misdem. | ___ |
| IV   21 to 60 days | ___ | Felony | _x_ |
| V    61 days and over | ___ | | |

6.  Has this case been previously filed in this District Court? (Yes or No) NO___
    If yes:
    Judge: _____    Case No. _____
    (Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) NO_____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _8/9/00_ (KROME)
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No) _____ NO

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No    If yes, was it pending in the Central Region? __ Yes __ No

8.  Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

_Donald F. Chase, II_
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077

\*Penalty Sheet(s) attached                                        REV.6/27/00

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   __ENRIQUE BALENTE VARGAS-NUNEZ__      No.:_____

Count #I:
Illegal Re-entry into the United States

8 U.S.C. §§1326(a) and 1326(b)(2)

*Max Penalty: 20 years' imprisonment; $250,000 fine.

Count #: II

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**
REV. 12/12/96