## United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

**00-6278**

UNITED STATES OF AMERICA

V.

ENRIQUE BALENTE VARGAS-NUNEZ

**WARRANT FOR ARREST**

**CASE NUMBER:**

**CR-MIDDLEBROOKS**

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ENRIQUE BALENTE VARGAS-NUNEZ_____

MAGISTRATE
BANDSTRA

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Illegal re-entry by alien;

in violation of Title 8 United States Code, Sections  1326(a) and 1326(b)(2)

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at Pretrial Detention requested

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

9/21/00, Fort Lauderdale, Florida
Date and Location

by LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |