FILED by _____ D.C.
SEP 27 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ] | CASE NUMBER: CR 00-6278-CR |
| Plaintiff | ] | MiddleBrooks |
| -vs- | ] | REPORT COMMENCING CRIMINAL ACTION |
| Vargas-Nunez, Enrique Balente | ] | 6918.004 |
| Defendant | ] | USMS Number |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE ( MIAMI )   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 8/9/00   AM 0700   PM ___

(2) LANGUAGE SPOKEN: Spanish

(3) OFFENSE(S) CHARGED: 8 USC 1326(a) 1326(b)2

(4) UNITED STATES CITIZEN: ( ) YES (X) NO ( ) UNKNOWN

(5) DATE OF BIRTH: 7/14/75

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [X] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
        CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

AMOUNT OF BOND: $_____   WHO SET BOND: _____

(7) REMARKS: _____

(8) DATE: 9/27/00   ARRESTING OFFICER: Frank Rodriguez

(9) AGENCY: U.S. Border Patrol   PHONE: (954) 963-9805

(10) COMMENTS:

Rec'd in MIA Dkt 9/28

## United States District Court

____SOUTHERN____ DISTRICT OF ____FLORIDA____

**00-6278**

UNITED STATES OF AMERICA

V.

ENRIQUE BALENTE VARGAS-NUNEZ

## WARRANT FOR ARREST

CASE NUMBER:

TO: The United States Marshal
and any Authorized United States Officer

## CR-MIDDLEBROOKS

YOU ARE HEREBY COMMANDED to arrest ____ENRIQUE BALENTE VARGAS-NUNEZ____

MAGISTRATE
BANDSTRA

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Illegal re-entry by alien;

in violation of Title __8__ United States Code, Sections ____1326(a) and 1326(b)(2)____

____CLARENCE MADDOX____
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at _Pretrial Detention Requested_

____COURT ADMINISTRATOR\CLERK OF THE COURT____
Title of Issuing Officer

____9/21/00, Fort Lauderdale, Florida____
Date and Location

_[signature]_
by ____LURANA S. SNOW, U.S. Magistrate Judge____
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____
8 USC 1326(a),(b)(2)

UNITED STATES OF AMERICA,    )
                             )
vs.                          )
                             )
ENRIQUE BALENTE VARGAS-NUNEZ )
          Defendant.         )
_____)

## INDICTMENT

The Grand Jury charges that:

On or about August 9, 2000, at Broward County, in the Southern District of Florida, the defendant,

ENRIQUE BALENTE VARGAS-NUNEZ,

an alien, having been previously deported from the United States to Mexico on or about June 8, 1996, after having been convicted of an aggravated felony, unlawfully was found in the United States, having not obtained the consent of the Attorney General of the United States for reapplication by the defendant for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

_____
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY