

CASE NUMBER 00-6278-M-

Dmm

INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE  Spanish

DEFENDANT(S)  Enrique Bulente Vargas-Nunez

c: COURT INTERPERTER SUPERVISOR

