UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6278-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

vs.

ENRIQUE BALENTE VARGAS-NUNEZ
         Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 61918-004

Language: _Spanish_

The above-named Defendant appeared before **Magistrate Judge JOHN J. O'SULLIVAN**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**   Address: ___IN JAIL___

Tel. No: _____

**Defense Counsel:**   Name : ___FEDERAL PUBLIC DEFENDER___

Address: _____

Tel. No: ___305-530-7000___

**Bond Set/Continued:**   $ _____

Dated this _2nd_ day of ___OCTOBER___, 2000.

CLARENCE MADDOX, CLERK

BY _PILAR MAYA_
    Deputy Clerk

c: U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 00A _____
DIGITAL START NO. _____