UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO: 00-6278-CR-MIDDLEBROKS

vs.                                      ORDER DENYING REQUEST FOR
ENRIQUE BALENTE VARGAS-NUNEZ             PRE-TRIAL DETENTION
_____/

*gvt withdraw request*

THIS CAUSE came before the Court for a Pre-Trial Detention hearing. Upon consideration, it is

ORDERED AND ADJUDGED that the Government's request for Pre-Trial Detention is DENIED, bond is set at:

_____ Personal Surety, unsecured, in the amount of $_____.

_____ Personal Surety in the amount of $_____ with ___%
       posted with the Clerk of the Court.

_____ Full Cash in the amount of $_____.

__✓__ Corporate Surety in the amount of $ 250,000 . Nebbia
      *Nebbia requirement at detention of Nebbia*

In addition to the standard conditions of bond, the following special conditions are hereby imposed:
( ) Surrender all travel documents to Pretrial Services Office.
( ) Travel restricted to Southern District of Florida.
( ) Report to Pretrial Services _____ times/week in person,
times/week by phone.
( ) Curfew imposed 7 days a week, from _____ p.m. to _____a.m.
( ) Defendant shall maintain present residence.
( ) Refrain from possessing a firearm, destructive device or other
    dangerous weapons.
( ) Maintain/actively seek full-time gainful employment or
educational program.
( ) Stay away from commercial transportation facilities or marinas.
( ) Electronic monitoring; expenses to be paid by the defendant.
( ) Comply with the following additional special conditions of this
    bond: _____.
If bond is changed from that set in another District, the reason
pursuant to Rule 40(f) is: _____.
DONE AND ORDERED at Miami, Florida this 2nd day of OCTOBER, 2000.
Tape No:00A - 83-820

c: U.S. Attorney - Donald Chase
   Defense Counsel - Chase Nadle
   U.S. Pretrial Services                UNITED STATES MAGISTRATE JUDGE
   U.S. Marshal Service  AFPI)           JOHN J. O'SULLIVAN