IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

00 NOV -7 PM 4:13

CASE NO. 00-6278-CR-MIDDLEBROOKS

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ENRIQUE BALENTE VARGAS-NUNEZ,
        Defendants.

_____

## MOTION TO DISMISS

Defendant Enrique B. Vargas-Nunez ("Vargas-Nunez"), through undersigned counsel respectfully requests that Court dismiss the indictment against him in this case, Fed. R. Crim. P. 12(b)(2) and (c). In support of this motion Vargas-Nunez states as follows:

    1.    Vargas-Nunez is charged in a one count indictment which specifically states as follows:

### ENRIQUE BALENTE VARGAS-NUNEZ

An alien, having been previously deported from the United States to Mexico on or about June 8, 1996, after having been convicted of an aggravated felony, unlawfully was found in the United States, having not obtained the consent oft he Attorney General of the United States for re-application by the defendants for admission into the United States, in violation of Title 8, United States Code, Section 1236(a) and (b)(2).

    2.    Vargas-Nunez had not been convicted of an aggravated felony prior to June 8, 1996.



## MEMORANDUM OF LAW

There are no undisputed facts in this case. The defendant was not convicted of an aggravated felony as defined in Title 8, 1101(a)(43).

Fed. R. Crim. P. 12(b), allows this court to determine before trial issues of law.

ACCORDINGLY, Defendant, Enrique B. Vargas-Nunez, respectfully requests the Court dismiss the indictment against him.

Respectfully Submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Hugo A. Rodriguez, Supervisory
Assistant Federal Public Defender
Florida Bar # 312150
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000, Ext: 136

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was mailed this ___ day of November, 2000, to Donald Chase, Assistant United States Attorney, 299 N.E. East Broward Blvd., Ft. Lauderdale, Florida 33301.

_____
Hugo A. Rodriguez

2