UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6278-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.        **ORDER**

ENRIQUE VARGAS-NUNEZ,

    Defendant(s).
_____/

FILED by _____ D.C.
NOV 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS MATTER came before the Court for a Status Conference on November 8, 2000, and the Parties Joint Oré Tenus Motion for Continuance of Trial. The Court having fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. This case is hereby continued to the trial calendar commencing January 2, 2001. A Status Conference is set for December 14, 2000 at 4:30 p.m. At the request of the parties, the Court will entertain a change of plea hearing at the status conference. **PLEASE NOTE: Qualification for Acceptance of Responsibility is jeopardized if an intention to enter a plea of guilty is not announced at or before the status conference noted above.** *see United States Sentencing Commission Guidelines Manual, §3E1.1 application notes 1(h) and 6 ("[to] qualify under subsection (b)(2) the defendant must have notified authorities of his intention to enter a plea of guilty at a sufficiently early point in the process so that the government may avoid preparing for trial and the court may schedule its calendar efficiently.").*

IT IS FURTHER ORDERED AND ADJUDGED that the period from November 8, 2000 to the commencement of trial shall be deemed excludable in computing the time within which the



trial of the case must commence pursuant to Title 18 U.S.C. Section 3161.

DONE AND ORDERED at Miami, Florida, this 8 day of November, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Donald Chase, AUSA
Hugo Rodriguez, AFPD
U.S. Marshals Service
U.S. Pretrial Services Office