CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD M. MIDDLEBROOKS

FILED by _____ D.C.
NOV 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

================================================================

CASE NO. 00-6278-CR         DATE 11-8-00

CLERK    Joyce Walden        REPORTER Roger Watford

USPO    _____       INTERPRETER (Spanish)

UNITED STATES OF AMERICA vs. Enrique Vargas-Nunez

AUSA Donald Chase            DEFENSE CSL. Hugo Rodriguez, AFPD

Defendant(s) Present ✓  Not Present ___  In Custody ✓

TYPE OF HEARING  Status Conference

RESULT OF HEARING  Gov't is directed to respond to the deft's m/bisin 2nd - A written resp is not necessary. Deft waived speedy trial - written waiver is forthcoming. further s/c @ 12/14 @ 4:30pm. Trial reset to 1/2/01

[✓] The Court finds that the time between now and the time of trial, to wit: 11-8-00 thru 1-2-01 to be excludable pursuant to the Speedy Trial Act.