CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD M. MIDDLEBROOKS

```
FILED by _____ D.C.
DEC 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

==================================================================

CASE NO. _00-6278-cr_    DATE _12-14-00_

CLERK    Joyce Walden    REPORTER _Roger Watford_

USPO _____    INTERPRETER _Spanish_

UNITED STATES OF AMERICA vs. _Enrique Balente Vargas-Nunez_

AUSA _Donald Chase_    DEFENSE CSL. _Myrna Sanchez-Llorens_
_& Hugo Rodriguez, Retd_

Defendant(s) Present ____ Not Present ✓ In Custody ✓

TYPE OF HEARING _Status Conference_

RESULT OF HEARING _Counsel requested additional_
_time to further research the △'s motion_
_to dismiss issues._
_Further s/c set for 12/18/00 @ 5:00pm._

[ ] The Court finds that the time between now and the time of

    trial, to wit: _____ thru _____ to be excludable

    pursuant to the Speedy Trial Act.

