UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6278-CR-Middlebrooks

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Enrique Briente Vargas-Nunez

    Defendant.

FILED by _____ D.C.
DEC 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## CHANGE OF PLEA

On __12-20-00__ the above named defendant appeared in person before the Honorable <u>Donald M. Middlebrooks</u>, United States District Judge, with __David Markus, AFPD__, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that __he__ desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) __One__, of the Indictment/~~Information~~ (Redacted)

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)
(✓) The Court postponed sentencing until __Jan 11, 2001 @ 5pm__
( ) The defendant being allowed to remain on bond until sentencing.
( ) The defendant being remanded to the custody of the U. S. Marshal Service until a _____ bond in the amount of $_____ is approved and posted.
( ) The defendant being remanded to the custody of the U. S. Marshal awaiting sentencing.
( ) The U. S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

AUSA: __Donald Chase__
Reporter __Rogere Watford__
Courtroom Deputy __Joyce Walden__