UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6278-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**ORDER**

ENRIQUE BALENTE VARGAS-NUNEZ,

    Defendant(s).

_____/

FILED by _____ D.C.
DEC 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

THIS CAUSE has come before the Court upon the Parties' Oral Stipulation to Redact the Indictment, made in open court on December 20, 2000. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Stipulation is **APPROVED**. The redacted indictment shall be made part of the record.

DONE AND ORDERED at Miami, Florida, this 20 day of December, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Hugo Rodriguez, AFPD
       Donald Chase, AUSA
       U. S. Pretrial Services Office
       U. S. Probation Office
       U. S. Marshals Service

