UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6278-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ENRIQUE BALENTE VARGAS-NUNEZ,

    Defendant(s).

_____/

FILED by _____ D.C.

DEC 2 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER

THIS CAUSE has come before the Court upon the Defendant's Motion to Dismiss, filed November 7, 2000 [D.E. #12]. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby DENIED, as moot.

DONE AND ORDERED at Miami, Florida, this 20th day of December, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Donald Chase, AUSA
    Hugo Rodriguez, AFPD

