UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6278-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
      Plaintiff,
vs.
ENRIQUE BALENTE VARGAS-NUNEZ,
      Defendant.
_____/



## NOTICE OF SENTENCING

TO: Defendant, Defense Counsel, and U.S. Attorney's Office

    By direction of the Honorable Donald M. Middlebrooks, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on **January 11, 2000 at 5:00 p.m.** for the imposition of sentence. On that date, report to the U.S. Courthouse (Tower Building), Courtroom Six, 6th Floor, 301 North Miami Avenue, Miami, Florida, where sentence will be imposed. You will not receive further notice.

    If the above-named defendant has executed a bond with this court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18:USC:3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

    IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL (AND THE DEFENDANT, IF ON BOND) SHALL REPORT ON TODAY'S DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS (Room 310 of the Dyer Building (the Old Courthouse), 300 NE First Avenue).

    IT IS FURTHER ORDERED that the U.S. Attorney's Office is directed to immediately provide the U. S. Probation Office with all of the necessary information needed to prepare the Prosecution Section of the Presentence Investigation Report. **If the parties anticipate the sentencing hearing to exceed 30 minutes, counsel shall notify the Court within 5 days prior to the date of the hearing.**

Date: December 20, 2000
                                                          CLARENCE MADDOX
                                                          Court Administrator • Clerk of Court

Counsel: Hugo Rodriguez, AFPD
Guilty Plea (✓)  Bond ( )                          BY:
Trial       ( )  Federal Custody (✓)          COURTROOM DEPUTY CLERK
Nolo plea  ( )  State Custody  ( )  AUSA: Donald Chase

**\*\*EXPEDITED PSI REPORT ORDERED TO INCLUDE THE CRIMINAL HISTORY CALCULATIONS ONLY (USPO IS ORDERED TO ADVISE THE COURT IF THE REPORT IS PREPARED AND DISCLOSED PRIOR TO THE SENTENCING DATE AND THE COURT WILL ACCELERATE THE SENTENCING DATE)\*\***

