UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6278-CR-MIDDLEBROOKS

NIGHT BOX
FILED

JAN 1 8 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ENRIQUE VARGAS-NUNEZ,

    Defendant.

**MOTION OF THE FEDERAL PUBLIC DEFENDER TO WITHDRAW AND APPOINTMENT OF HUGO A. RODRIGUEZ AS COUNSEL FOR THE DEFENDANT**

The Federal Public Defender ("FPD") respectfully files this motion with the concurrence of the government, requesting that the Court allow her to withdraw as counsel for the defendant and appoint Hugo A. Rodriguez, former Supervisor with the Federal Public Defender's Office, to represent Mr. Enrigue Vargas-Nunez, pursuant to the Criminal Justice Act ("CJA"). In support of this motion, the Federal Public Defender states as follows:

1. Since the commencement of this litigation, Supervisory Assistant Federal Public Defender, Hugo A. Rodriguez has been representing Mr. Vargas-Nunez.

2. Hugo A. Rodriguez will be leaving the Federal Public Defender's Office effective February 2, 2001, to return to private practice in Miami, Florida.

3. It is anticipated that Hugo A. Rodriguez will be accepted and become a member of the Criminal Justice Act ("CJA") panel in the Southern District of Florida.

1

4. The United States Attorney's Office does not object to the appointment of Mr. Rodriguez as counsel for Enrique Vargas-Nunez.

WHEREFORE, The Federal Public Defender respectfully request the Court allow her to withdraw as counsel and appoint Hugo A. Rodriguez as counsel for Mr. Vargas-Nunez effective February 2, 2001.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

By: _____
    Hugo A. Rodriguez
    Supervisory Assistant Federal Public Defender
    Florida Bar No.: 0312150
    150 W. Flagler St., Suite 1700
    Miami, FL 33130-1556
    Tel: (305) 530-7000, Ext. 136
    Fax: (305) 536-4559

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was mailed on January 18, 2001 to, Richard Hong, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132

_____
Hugo A. Rodriguez