UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6278-CR-MIDDLEBROOKS

FILED by _____ D.C.
JAN 2 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                          **ORDER GRANTING FPD'S MOTION**
                                            **TO WITHDRAW AS COUNSEL**
ENRIQUE VARGAS-NUNEZ,

   Defendant.

_____

   THIS CAUSE came before the court upon an Unopposed Motion of the Federal Public Defender ("FPD") to withdraw as counsel and for the appointment of Hugo A. Rodriguez as appointed counsel for ENRIQUE VARGAS-NUNEZ [~~Raymond Bernardino~~]. This court being fully appraised of the premises, it is therefore,

   **ORDERED and ADJUDGED** that the FPD's Motion is **GRANTED**. The court hereby appoints Hugo A. Rodriguez as counsel for the defendant pursuant to 18 U.S.C. 3006A, effective February 2nd, 2000.

   **DONE and ORDERED** at Miami, Florida, this 22 of January, 2001, in chambers.

                                            _____
                                            DONALD M. MIDDLEBROOKS
                                            UNITED STATES DISTRICT COURT JUDGE

cc:   Hugo A. Rodriguez, SAFPD
      Richard Hong, AUSA

