SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6278-CR

DEFENDANT Enrique Vargas-Nunez    JUDGE Middlebrooks

Deputy Clerk _illegible_    DATE 2-7-01

Court Reporter Roger Watford    USPO Theresa Hodnai

AUSA Robert Emery SAUSA    Deft's Counsel Hugo Rodriguez
for Donald Chase

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until ___/___/___ at _____ AM / PM

FILED by ___ D.C.
FEB 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

JUDGMENT AND SENTENCE

Imprisonment    Years    Months    Counts
                         Time Served

Supervised Release/~~Probation~~    Years    Months    Counts
                                                1

COUNTS DISMISSED _____

Comments/Spec. Conds (deportation clause)

Assessment $100    Fine $ None Imposed - Unable to pay    Restitution/Other ___

CUSTODY
✓ Remanded to the Custody of the U.S. Marshal Service    ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U.S. Marshal Service) on ___/___/___

Commitment Recommendation: _____