UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6278-CR-MIDDLEBROOKS



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              **NOTICE OF CHANGE OF ADDRESS**

ENRIQUE VARGAS-NUNEZ,

    Defendant.
_____/

    Defendant, ENRIQUE VARGAS-NUNEZ, respectfully gives Notice of the following change of address for appointed counsel, HUGO A. RODRIGUEZ, ESQ.:

> **Hugo A. Rodriguez, Esq.**
> **Law Office of Hugo A. Rodriguez, P.A.**
> 44 West Flagler Street
> Courthouse Tower, Suite 1100
> Miami, Florida 33130
> Telephone: (305) 577-3707
> Fax: (305) 424-1707

    All future correspondence should be directed to the above-referenced address.

                                                  Respectfully submitted,

                                                  **Hugo A. Rodriguez, Esq.**
                                                  **Law Offices of**
                                                  **Hugo A. Rodriguez, P.A.**
                                                  44 West Flagler Street
                                                  Courthouse Tower, Suite 1100
                                                  Miami, Florida 33130
                                                  Telephone: (305) 577-3707

                                    By: _____
                                               HUGO A. RODRIGUEZ
                                               FLA. BAR NO: 312150



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was mailed on February \_\_\_, 2001 to, Richard Hong, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

By: _____
HUGO A. RODRIGUEZ
FLA.BARNO:312150