# United States District Court

**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA
V.
ENRIQUE BALENTE VARGAS-NUNEZ

**WARRANT FOR ARREST**

CASE NUMBER: 00-6278 CR-MIDDLEBROOKS MAGISTRATE BANDSTRA

FILED by DKTG MAR 07 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ENRIQUE BALENTE VARGAS-NUNEZ

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Illegal re-entry by alien;

in violation of Title **8** United States Code, Sections **1326(a) and 1326(b)(2)**

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

9/21/00, Fort Lauderdale, Florida
Date and Location

Bail fixed at _Pretrial Detention requested_

by LURANA S SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/21/00 | James A. Tassone United States Marshal Southern District of Florida | |
| DATE OF ARREST 9/27/00 | | Edward Purchase, SDUSM |